Jerry Lynn Davis #06459-018  
Federal Correctional Institution  
P.O. Box 1000  
Loretto Pa.  15940-1000

11/23/05

Re: <u>04-312</u>  
Address Change &  
Update Request.

Dear Clerk Of Court,

    Please take note that the above listed address is now as per case #04-312.

    Additionally, would you please inform me of <u>any</u> actions having been taken as per my 2241?

WITH MY THANKS

*Jerry Lynn Davis*

Jerry Lynn Davis  
#06459-018