## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JERRY LYNN DAVIS, )
)
    Petitioner, )
) Civil Action No. 04-312 Erie
v. )
)
WARDEN JAMES SHERMAN, )
)
    Respondent. )

### **MEMORANDUM ORDER**

    This petition for writ of habeas corpus was received by the Clerk of Court on October 21, 2004 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Report and Recommendation, filed on April 11, 2006, recommended that the petition for writ of habeas corpus be dismissed for lack of jurisdiction. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at FCI Loretto, where he is incarcerated. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

    AND NOW, this 8th day of May, 2006,

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED for lack of jurisdiction.

    The Report and Recommendation of Magistrate Judge Baxter, filed on April 11, 2006 [Doc. # 11], is adopted as the opinion of the Court.

                            s/ Sean J. McLaughlin
                                 United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge